UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAHOGANY R. ADKINS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,<br><br>                    Defendant. | Case No. 2:13-cv-00977-MMD-GWF<br><br>ORDER |

Before the Court is Plaintiff Mahogany R. Adkins' Renewed Motion for Default Judgment ("Renewed Motion"). (Dkt. no. 16.) Defendant has not appeared or otherwise responded. The Court previously denied Plaintiff's motion for default judgment without prejudice. (Dkt. no. 11.) Plaintiff has cured the deficiencies identified in the Court's earlier Order. Plaintiff's Renewed Motion is therefore granted.

This is an employment dispute involving three claims of gender discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et. seq.* (Dkt. no. 1.) The Complaint alleges that Plaintiff was employed with Defendant as a "Collections Specialist" from July 2009 to June 2011 when Defendant terminated Plaintiff's employment for alleged "non-professionalism." (*Id.* at 3-5.) Plaintiff alleges that during her employment, she was subjected to disparate treatment and a hostile work environment because of her gender. She further alleges that Defendant terminated her employment after she complained about discrimination. Plaintiff was compensated at the rate of $11 per hour while she was employed with Defendant. (*Id.*, ¶ 9.)

The Court finds that default judgment is proper. Plaintiff has satisfied the procedural requirements for default judgment pursuant to Fed. R. Civ. P. 55(b). The Clerk properly entered a default against Defendant pursuant to Fed. R. Civ. P. 55(a) because Defendant failed to appear after having been properly served. (Dkt. no. 10.) Plaintiff has also satisfied the factors for obtaining default judgment articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986).

It is therefore ordered that Plaintiff's Renewed Motion for Default Judgment (dkt. no. 16) is granted. The Clerk is instructed to enter judgment in favor of Plaintiff and against Defendant in the amount of $50,000.00.

DATED THIS 8th day of June 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE